# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ANDREW GOOSBY,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF LOS ANGELES,<br><br>    Defendant. | No. CV 21-08234-SVW (DFM)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the assigned United States Magistrate Judge. No objections to the Report and Recommendation were filed by the deadline. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that (1) Plaintiff's Motion for Remand is DENIED, (2) Defendant's Motion to Dismiss is GRANTED, and (3) Judgment is entered dismissing this action with prejudice.

Date: February 1, 2022

_____
STEPHEN V. WILSON
United States District Judge