JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ANDREW GOOSBY, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF LOS ANGELES, <br><br> Defendant. | No. CV 21-08234-SVW (DFM) <br><br> JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

Date: February 1, 2022

_____
STEPHEN V. WILSON
United States District Judge